| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>MANELLA, NORA M | 2. Court or Organization<br>U.S. Dist. Court-Los Angeles | 3. Date of Report<br>3/31/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>U. S. Courthouse<br>312 N. Spring Street<br>Los Angeles, CA 9001 -4701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Counselors | University of Southern California Law School |
| 2. Member [Resigned Mid-2004] | Pacific Council on International Policy |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 APR 14 A 9 47 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual) and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROUS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Stephen D. Miller | Dinners, including wedding; crystal vase | $800 |
| 2. | James W. Colbert & Vicki Land | Dinners/concert tickets | $600 |
| 3. | Morgan & Helen Chu | Dinner/concert tickets; 1-Pod mini | $400 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MANELLA, NORA M | 3/31/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Touchstone Tax Free Trust Calif Tax Free Money Market Fund | A | Dividend | J | T | | | | | |
| 2. Vanguard CA Long Term Tax Exempt Investor | D | Excepted Fd | N | T | | | | | |
| 3. IRA - Fidelity Investments - Fidelity Asset Manager/314 | E | Excepted Fd | N | T | | | | | |
| 4. Mutual Shares Fund (Franklin Templeton Fund) | E | Dividend | P1 | T | | | | | |
| 5. Exxon Mobile Corp. - Common | E | Dividend | L | T | Partial Sale | 11/04 | L | F | |
| 6. Fiserv Inc. - Common | | None | M | T | | | | | |
| 7. Spartan Assoc., Denver, CO - 18.75% Ltd Prtn Int. Bldg. | E | Rent/Int. | | | Sale | 10/04 | N | G | |
| 8. I&M Green II Security Investmt Prtn - 2.5% Ltd. Prtn. Int. | B | Distribution | K | W | | | | | |
| 9. Vanguard 500 Index Fund | E | Dividend | P1 | T | | | | | |
| 10. Metropolitan Wtr Dist Southern CA Rev Ser A Due 7/1/2006 | C | Interest | K | T | | | | | |
| 11. San Francisco CA City & Cnty CTFS Partn 555 7th St Proj | B | Interest | K | T | | | | | |
| 12. Martinez CA CTFS PARTN WTR SYS IMPT PROJ doc 12/ /2008 | C | Interest | L | T | | | | | |
| 13. Montebello CA CMNTY REDEV AGY Tax Alloc Montebello Hills Red | B | Interest | K | T | | | | | |
| 14. CALIF ST PUB WKS BRD LSE REV DEPT OF CORRECTION-A | B | Interest | | | Redeem | 1/04 | L | | |
| 15. L.A. CNTY CALIF MET TRANSN AUTH SALES TAX RE RFDG PROP A | C | Interest | | | Redeem | 7/04 | L | | |
| 16. ALAMEDA CNTY CALIF CTFS PARTN Alameda CNTY MED CTR PJ | C | Interest | L | T | | | | | |
| 17. CENTINELA VALLEY CALIF UN HIGH SCH DIST G/O SER A BK-QLFD | C | Interest | K | T | | | | | |
| 18. CALIF STATEWIDE CMNTYS DEV AUTH REV RFDG-SHERMAN OAKS P-J-A | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MANELLA, NORA M | 3/31/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g. div. rent. or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month - Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 19. CENTINELA VALLEY CALIF UN HIGH SCH DIST G/O SER A BK-QLFD | D | Interest | M | T | | | | | |
| 20. LOS ANGELES CALIF ST BLDG AUTH LEASE REV SER A-MBIA-IBC | D | Interest | L | T | | | | | |
| 21. ORANGE CALIF CTFS PARTN RFDG POLICE HEADQTRS FACS SER A | B | Interest | L | T | | | | | |
| 22. CALIF ST PUB WKS BRD LSE REV RFDG DEPT CORRECTIONS | D | Interest | M | T | | | | | |
| 23. IRWINDALE CA CTFS PARTN RFDG MUN FACS PROJ | A | Interest | K | T | | | | | |
| 24. INDUSTRY CALIF G/O RFDG | | None | K | T | | | | | |
| 25. Vanguard Mid-Cap Index Fund | A | Dividend | J | T | Buy | 11/04 | J | | |
| 26. Vanguard Small-Cap Index Fund | A | Dividend | J | T | Buy | 11/04 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MANELLA, NORA M | 3/31/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _April 5, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544